

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2014

No. 04-14-00256-CR

Jeffrey **LEE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6806
Honorable Raymond Angelini, Judge Presiding

# O R D E R

After allowing appellant's appointed attorney to withdraw, we abated this cause to the trial court to determine whether appellant desired to prosecute his appeal, and if so, if appellant was indigent, to appoint new counsel. We suspended all other appellate deadlines. A supplemental clerk's record has been filed indicating the trial court appointed Mr. Ed Shaughnessy as appellant's appellate counsel.

This appeal is ORDERED reinstated on this court's docket. Mr. Shaughnessy is hereby ORDERD to file appellant's brief <u>no later than November 24, 2014</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court